IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| ANTHONY CASSIDY SR., | ) | Cause No. CV-20-57-BU-JTJ |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| GARNET USA, LLC, d/b/a GMA MINING USA, | ) | |
| Defendant. | ) | |

Before the court is the parties' Joint Motion for Temporary Stay, requesting that the court vacate the February 23, 2021, motion hearing and preliminary pretrial conference and issue a temporary stay to allow the parties to focus on their ongoing settlement negotiations. Good cause appearing,

IT IS ORDERED that the joint motion is GRANTED. The hearing on the pending motion to dismiss and preliminary pretrial conference are VACATED, and this case is STAYED for 30 days. The parties shall file a status report on or before March 15, 2021, to advise the court of their settlement progress.

DATED this 16th day of February, 2021.

_____
John Johnston
United States Magistrate Judge